# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

*FILED*

*01 SEP 10 AM 10: 50*

*U.S. DISTRICT COURT*
*N.D. OF ALABAMA*

| | |
|---|---|
| SENG KEO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs | ) |
| | ) |
| IMMIGRATION AND | ) |
| NATURALIZATION SERVICE, | ) |
| | ) |
| Respondent. | ) |

CIVIL ACTION NO.  00-AR-3595-M

*ENTERED*
*SEP 10 2001*

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion to dismiss is due to be granted and this petition for writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

DONE, this ____10____ day of September, 2001.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

